# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br><br>German Lopez-De Leon,<br>a.k.a: Herman Lopez-Deleon,<br>a.k.a.: German Lopez-Deleon,<br>a.k.a.: Herman Lopez,<br>(A 095 746 830)<br>*Defendant* | )<br>)<br>)<br>)  Case No. 12-3514M<br>)<br>)<br>) |

Doc: 11/4/12

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 4, 2012, in the County of Maricopa in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

German Lopez-De Leon, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about October 1, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am an Immigration Enforcement Agent.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Elaine Whiffen, P.S. for Christine D. Keller

☒ Continued on the attached sheet.

*Complainant's signature*

Jessica L. Howard
Immigration Enforcement Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 6, 2012

*Judge's signature*

City and state: Phoenix, Arizona

Lawrence O. Anderson,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Jessica L. Howard, being duly sworn, hereby depose and state as follows:

1. Your affiant is an Immigration Enforcement Agent with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 4, 2012, German Lopez-De Leon was encountered by the Phoenix Police Department (PPD) during a traffic stop at 50th Street and Ray Road in Phoenix, Arizona. PPD Officer Hamm suspected Lopez-De Leon to be an illegal alien and contacted the Phoenix ICE Law Enforcement Agency Response Unit for assistance. ICE Agent Kelly telephonically interviewed Lopez-De Leon and determined that he was a Mexican citizen, unlawfully present in the United States. On the same date, Lopez-De Leon was transported to the Phoenix ICE office for further investigation and processing.

3. Immigration history checks revealed German Lopez-De Leon to be a citizen of Mexico and a previously deported criminal alien. Lopez-De Leon was removed from the United States to Mexico through Del Rio, Texas, on or about October 1, 2011,

pursuant to a reinstatement of an expedited removal issued by an immigration official. There is no record of German Lopez-De Leon in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Lopez-De Leon's immigration history was matched to him by electronic fingerprint comparison.

4. On November 4, 2012, German Lopez-De Leon was advised of his constitutional rights. German Lopez-De Leon agreed to provide a statement under oath. Lopez-De Leon stated that his true and complete name is German Lopez-De Leon and that he is a citizen of Mexico. Cisneros-Zavala stated that he illegally entered the United States approximately a week ago, at or near San Luis Rio Colorado, without inspection by an immigration officer. Lopez-De Leon further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about November 4, 2012, German Lopez-De Leon, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about October 1, 2011, and not having obtained the

express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Jessica L. Howard,
Immigration Enforcement Agent,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 6th day of November, 2012.

_____
Lawrence O. Anderson,
United States Magistrate Judge